## Allensworth v. Allensworth's Executrix.

(Decided October 2, 1931.)

CAROLYN W. ALLENSWORTH, pro se.

BREATHITT & BREATHITT and J. B. ALLENSWORTH for respondent.

OPINION OF THE COURT BY CHIEF JUSTICE DIETZMAN —Proceeding Dismissed.

The petitioner by this original proceeding in this court seeks to enjoin a sale of property by the master commissioner of the Christian circuit court under a judgment of that court, on the ground that that judgment is erroneous. The proceeding will have to be dismissed for lack of jurisdiction as this court, save in certain classes of cases, of which the instant one is not one, has appellate jurisdiction only. Section 950-1, Kentucky Statutes.

The proceeding is dismissed.